In the Matter of the Application of NEW YORK WATER SERVICE CORPORATION for a Writ of Certiorari against WATER POWER AND CONTROL COMMISSION, CONSERVATION DEPARTMENT, STATE OF NEW YORK. (In re Application No. 624.)— Leave to the county of Nassau to intervene in this certiorari proceeding granted. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of Supplementary Proceedings upon the Application of CORBIN-KELLOG AGENCY, INC., Judgment Creditor, Respondent, v. JAMES TASKER, Judgment Debtor, Appellant, KENNETH W. PRESCOTT, Conducting Business as THE PRESCOTT SUPPLY COMPANY, and Others, Intervening Lienors, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the intervening lienors. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.